FILED

07/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0728

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0728

_____

GBSB HOLDING, LLC,

      Plaintiff and Appellant,

  v.

FLATHEAD COUNTY BOARD OF COUNTY
COMMISSIONERS AND FLATHEAD
COUNTY, MONTANA; WHITEFISH VILLAGE,
LLC; WILLIAM F. OSWALD AND JULIANA
M. OSWALD, Co-Trustees of the Oswald Family
Trust dated May 23, 2016; SHAWN PATRICK
JAMES AND KRISTIN PATRICIA BELL;
WHITEFISH HILLS VILLAGE HOMEOWNERS
ASSOCIATION, INC.; and JOHN DOES 1 AND
2,

      Defendant and Appellee.

                                    O R D E R


WHITEFISH HILLS VILLAGE HOMEOWNERS
ASSOCIATION, INC.,

      Plaintiff,

  v.

FLATHEAD COUNTY,

      Defendant,

GBSB, Holdings LLC,

      Intervenor.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on July 17, 2024, this Court has determined that the brief does not

comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(1)(f) requires a summary of the argument before the argument portion of the brief. The summary of the argument should include a heading identifying it as a separate section. The summary should be a clear and concise statement of the arguments made in the body of the brief. Appellee's response brief does not contain a summary of the argument.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule[*s*] and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
July 18 2024